**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**TWILA YATES, Individually
and as Administrator of the
Estate of Emily Ann Strong**,

**Plaintiff,**

**v.**

**RICHARD A. MCATEE,
et al.,**

**Defendants.**                                        **No. 10-0673-DRH**

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

       This matter comes before the Court for case management.  Today, Defendants Richard A. McAtee and Nip Kelley Trucking Company, Inc. removed this case from the Cumberland County, Illinois Circuit Court (Doc. 2).  However, the record reflects that Defendant Nip Kelley Trucking Company, Inc. has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement.  Thus, Court **ORDERS** Nip Kelley Trucking Company, Inc. to file its disclosure statement on or before September 8, 2010.

       **IT IS SO ORDERED.**

       Signed this 1st day of September, 2010.


                      /s/     David R Herndon
                      **Chief Judge
                      United States District Court**