IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TWILA YATES, Individually and as
Administrator of the Estate of
EMILY ANN STRONG,

    Plaintiff,

v.

RICHARD A. McATEE, NIP KEELEY
TRUCKING COMPANY, INC., and
SIHUA WEN,

    Defendants.                         Case No. 10-cv-673-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 5, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                           BY:       **/s/***Sandy Pannier*
                                      **Deputy Clerk**

Dated: March 11, 2011

                        David R. Herndon
                        2011.03.11
                        11:05:47 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT